**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CURTIS HOWARD, JR. ) <br> ) <br> Defendant. ) | CRIMINAL NO. 21-30187-NJR <br><br> Title 21, <br> United States Code, <br> Sections 841(a)(1) and (b)(1)(C) |

**FILED**
**DEC 1 4 2021**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**

DISTRIBUTION OF COCAINE

On or about April 14, 2020 in St. Clair County, Illinois, within the Southern District of Illinois,

**CURTIS HOWARD, JR,**

defendant herein, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

A TRUE BILL

FOREPERSON

_____
LAURA REPPERT
Assistant United States Attorney

Digitally signed by
STEVEN WEINHOEFT
Date: 2021.12.13
00:59:25 -06'00'
_____
STEVEN D. WEINHOEFT
United States Attorney